IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROY G. BLAND,
    Petitioner,

vs.                             Case No.: 3:06cv277/RV/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 27, 2007.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

**DONE AND ORDERED** this 31st day of July, 2007.

                                          /s/ *Roger Vinson*
                                          **ROGER VINSON**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**